IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00526-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    PATRICK LOVE;
2.    **JAMES LOVE;**
3.    PATRICK EGAN; and
4.    MARK DOUGLAS REILLY,

        Defendants.

_____

## FORFEITURE MONEY JUDGMENT
_____

THIS MATTER comes before the Court on the United States' Motion for Forfeiture Money Judgment **(#171)** filed August 29, 2011. The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant James Love entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2323 and Rule 32.2 of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion is **GRANTED** and defendant's interest in a money judgment in the amount $1,592,982 is entered against the defendant in favor of the United States in accordance with 18 U.S.C. § 2323. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment

2

shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

DATED this 30th day of August, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge