### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Nel Steffens      Date:  February 21, 2012
Court Reporter:      Paul Zuckerman
Probation Officer:    Gary Kruck

Criminal Action No. 09-cr-00526-MSK-2

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,      Suneeta Hazra

              Plaintiff,

v.

2.  JAMES LOVE,                Harvey Steinberg

Defendant.

---

### SENTENCING MINUTES
---

**2:32 p.m.**      **Court in session**.

Defendant present on bond.

Appearances of counsel.  Also seated at government's table is FBI Special Agent, Scott Schons.

**Change of Plea Hearing on May 20, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

Court's opening remarks.

Parties received and reviewed the presentence report and all addenda.

The parties **do** dispute the facts contained in the presentence report.  The presentence report will be deemed amended to reflect that an oral motion made and granted at the time of the Change of Plea Hearing to dismiss remaining counts was stayed until the time of sentencing.

The defendant **does** dispute the calculation of loss as set forth in the original presentence report.

2:37 p.m.        Argument by Mr. Steinberg regarding defendant's objection to the amount of loss and defendant's role.

2:39 p.m.        Response by Ms. Hazra.

2:43 p.m.        Government's witness, Scott Schons, called and sworn.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Direct examination by Ms. Hazra.

*Exhibits Identified: Government's Exhibit 1, Government's Exhibit 4, Government's Exhibit 3, Government's Exhibit 7, Government's Exhibit 5, Government's Exhibit 6,*

3:09 p.m.        Cross examination by Mr. Steinberg.

3:40 p.m.        Re-direct examination by Ms. Hazra.

3:44 p.m.        Witness is excused.

Government rests.

**3:45 p.m.        Court in recess.**

**3:57 p.m.        Court in session.**

Mr. Steinberg states that he will call no witnesses.  Defense rests.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

3:58 p.m.        Argument by Mr. Steinberg.

Colloquy between the Court and Mr. Steinberg.

4:06 p.m.        Response by Ms. Hazra.

4:08 p.m.        Reply by Mr. Steinberg.

Allocution. - Statements made by: The defendant (through Mr. Steinberg's reading of defendant's prepared statement) and Ms. Hazra

After consideration of the provisions of 18 U.S.C. 3553(a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Argument made by Mr. Steinberg.  Court requires no response from the government.

Court's findings and conclusions.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:**        The **Motion for Variance** [#203] filed November 21, 2011, is **GRANTED IN PART AND DENIED IN PART** as set forth in the sentence.

Sentencing Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**      Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on the day of designation as determined by the Bureau of Prisons.

**ORDER:**      Bond will be exonerated at the time of defendant's voluntary surrender at the institution designated by the Bureau of Prisons.

The defendant is advised of his right to appeal.

**5:10 p.m.**      **Court in recess.**

Total Time:     02:26
Hearing concluded.